

# IN THE
# TENTH COURT OF APPEALS

No. 10-16-00275-CR
No. 10-16-00276-CR

**RUEBEN EARLE WALKER,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court Nos. 2015-1661-C2 & 2015-1744-C2

## MEMORANDUM OPINION

Rueben Earle Walker appeals his convictions for aggravated assault and possession of a controlled substance. *See generally* TEX. PENAL CODE ANN. § 22.02 (West 2011) and TEX. HEALTH & SAFETY CODE ANN. § 481.115 (West 2010). However, the certifications of defendant's right of appeal which Walker signed for each appeal indicate that he waived his right to appeal.

Accordingly, these appeals are dismissed.[1]  *See* TEX. R. APP. P. 25.2(d); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeals dismissed
Opinion delivered and filed September 21, 2016
Do not publish
[CRPM]



---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. TEX. R. APP. P. 49.1.  If the appellant desires to have the decision of this Court reviewed by the Court of Criminal Appeals, a petition for discretionary review must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals.  TEX. R. APP. P. 68.2(a).